# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-2232

———————

| | | |
|---|---|---|
| Michael Eugene Horlas, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Elizabeth Robinson; Steve Young; | * | |
| Heather Brueck; Deborah Nichols; | * | [UNPUBLISHED] |
| William Spefslage, | * | |
| | * | |
| Appellees. | * | |

———————

Submitted: August 24, 2011
Filed: August 30, 2011

———————

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

———————

PER CURIAM.

Iowa inmate Michael Eugene Horlas appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 complaint without prejudice. We conclude dismissal was proper because the district court did not err in holding that Horlas did not comply with Fed. R. Civ. P. 11(a). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.